**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 10-11-DLB-EBA-1**

**UNITED STATES OF AMERICA**                                                                           **PLAINTIFF**

**vs.**                                       **ORDER ADOPTING
REPORT AND RECOMMENDATION**

**KEITH M. DURAN**                                                                                **DEFENDANT**

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court upon the June 5, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Keith Duran's supervised release and impose a term of imprisonment of six (6) months and one (1) day, with six (6) months of supervised release to follow. (Doc. # 261). The Initial Revocation Hearing was held on May 24, 2017, at which time Defendant moved to dismiss the charges against him based on undue delay. (Doc. # 254). The Final Revocation Hearing was held on May 31, 2017, wherein Defendant admitted and pled guilty to Violation No's 2 and 3, and the United States moved to dismiss Violation No. 1. (Doc. # 258).

Defendant having waived his right to allocution (Doc. # 100), and the time for filing objections to the R&R having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)  The Report and Recommendation (Doc. # 261) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)  Violation No. 1 is dismissed without prejudice;

(3)  Defendant Keith Duran is found to have **VIOLATED** the terms of his supervised release as detailed in the February 27, 2017 violation report and February 28, 2017 memorandum;

(3)  Defendant's supervised release is hereby **REVOKED**;

(4)  Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months and one (1) day**, with **six (6) months** supervised release to follow in a halfway house;

(5)  Defendant's sentence, if possible, shall be served at a federal correctional facility and halfway house located near his home in the Southern District of Florida;

(6)  Defendant's motion to dismiss (Doc. # 255) is **denied**; and

(7)  A Judgment shall be entered concurrently herewith.

This 30th day of June, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2010\10-11 Order Adopting R&R re SRV.wpd